IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jerone McDougald, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:16cv900 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Jeremy Eaches, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 16, 2016 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 3, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Warren is DISMISSED as a party to this action because plaintiff's allegations against him do not state a claim upon which relief may be granted. In addition, any claim based on plaintiff's allegations that the defendants involved in the pepper-spraying incident filed false conduct reports and the "Jane Doe" nurse falsified a medical examination report is dismissed for failure to state a claim.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court