IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Jeremy Eaches, et al.,

    Defendant(s).

Case Number: 1:16cv900

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 17, 2018 a Report and Recommendation (Doc. 58). Subsequently, the defendant filed a response to the Report and Recommendation (Doc. 59), plaintiff filed objections to the Report and Recommendation (Doc. 60). Plaintiff filed a motion to amend the his objections to the Report and Recommendation (Doc. 61) which was granted. Defendants filed a reply to the objections and plaintiff filed his supplemental objections to the Report and Recommendation (Docs. 62 and 63) respectively.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants's motions for summary judgment (Doc. 28 and 51) are GRANTED.

IT IS SO ORDERED.

                                                  Judge Susan J. Dlott
                                                United States District Court