# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JERONE MCDOUGALD,<br>Plaintiff/Appellant | Case No. 1:16-cv-900 |
| vs. | Dlott, J.<br>Litkovitz, M.J. |
| JEREMY EACHES, et al.,<br>Defendants/Appellees | **ORDER** |

This matter is before the Court on plaintiff's motions for leave to appeal *in forma pauperis*. (Docs. 73, 74).

Plaintiff has not filed a notice of appeal in this case. Therefore, plaintiff's motions are **DENIED**.

**IT IS SO ORDERED.**

Date: 12/26/18

Karen L. Litkovitz
United States Magistrate Judge