# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JERONE MCDOUGALD,                                    Case No. 1:16-cv-900
    Plaintiff/Appellant

                                      Dlott, J.
    vs.                                         Litkovitz, M.J.

JEREMY EACHES, et al.,                               **REPORT AND**
    Defendants.                                **RECOMMENDATION**

This matter is before the Court on plaintiff/appellant's second and third motions for leave to appeal in forma pauperis. (Docs. 86, 88). For the reasons set forth in the Report and Recommendation of April 4, 2019 (Doc. 82), it is hereby **RECOMMENDED** that plaintiff/appellant's second and third motions for leave to appeal in forma pauperis be **DENIED**.

    **IT IS SO RECOMMENDED.**

Date:   4/30/19                          *s/Karen L. Litkovitz*
                                                  Karen L. Litkovitz, Magistrate Judge
                                                  United States District Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JERONE MCDOUGALD,                                    Case No. 1:16-cv-900
     Plaintiff/Appellant

                                                Dlott, J.
     vs.                                             Litkovitz, M.J.

JEREMY EACHES, et al.,
     Defendants/Appellees.

### NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.    This period may be extended further by the Court on timely motion for an extension.   Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.   If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.   A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.   Failure to make objections in accordance with this procedure may forfeit rights on appeal.   *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

2