IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s)

vs.

Jeremy Eaches, et al.,

    Defendant(s)

Case Number: 1:16cv900

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 30, 2019 (Doc. 91), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 14, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff/appellant's second and third motions for leave to appeal *in forma pauperis* ( Docs. 86 and 88) are DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court